SEALED

FILED

MAR 1 1 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>1387 Wildwood Avenue<br>South Lake Tahoe, California 96150 | No. 2:13-SW-0009 AC<br><br>ORDER RE: UNITED STATES'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO SEARCH ELECTRONIC MEDIA<br><br>**UNDER SEAL** |

ORDER

IT IS HEREBY ORDERED that, for good cause shown, the government may retain for an additional 60 days for the purpose of continuing to search and/or create a mirror image of, the electronic devices seized from the search warrant executed on January 9, 2013.

IT IS FURTHER ORDERED that, good cause being shown, the United States's *Ex Parte* Application and this Order be sealed until further order of this Court.

DATED: March 11, 2013

_____
Hon. ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

4