SEALED

FILED
MAY 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In the Matter of the Search of<br><br>1387 Wildwood Avenue<br>South Lake Tahoe, California 96150 | No. 2:13-SW-0009 AC<br><br>UNITED STATES' *EX PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO SEARCH ELECTRONIC MEDIA<br><br>**UNDER SEAL** |

ORDER

IT IS HEREBY ORDERED that, for good cause shown, the government may retain for an additional 60 days for the purpose of continuing to search the electronic devices seized from the search warrant executed on January 9, 2013.

IT IS FURTHER ORDERED that, good cause being shown, the United States' *Ex Parte* Application and this Order be sealed until further order of this Court.

DATED: May 10, 2013

Carolyn K. Delaney
U.S. Magistrate Judge

~~THE HONORABLE ALLISON CLAIRE~~
UNITED STATES MAGISTRATE JUDGE

4