SEALED 

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>1387 Wildwood Avenue<br>South Lake Tahoe, California 96150 | No. 2:13-SW-0009 AC<br><br>UNITED STATES'S *EX PARTE* APPLICATION FOR EXTENSION OF TIME WITHIN WHICH TO SEARCH ELECTRONIC MEDIA<br><br>**UNDER SEAL** |

ORDER

IT IS HEREBY ORDERED that, for good cause shown, the government may retain for an additional 60 days for the purpose of continuing to search the electronic devices seized from the search warrant executed on January 9, 2013.

IT IS FURTHER ORDERED that, good cause being shown, the United States' *Ex Parte* Application and this Order be sealed until further order of this Court.

DATED: July 12, 2013

HON. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE